## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re: BAIK, SEUNG HAN | § Case No. 06-15447 |
| | § |
| | § |
| Debtor(s) | § |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that JOHN E. GIERUM                  , trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
Clerk of the Bankruptcy Court
Dirksen Federal Courthouse
219 S Dearborn Street, 7th Floor
Chicago, Il 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 02:00pm on 09/17/2010 in Courtroom B, Lake County Courthouse,
Park City Branch Court
301 Greenleaf Avenue
Park City, Il 60085-5725.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (9/1/2009)**

Date Mailed: 08/10/2010    By: /s/JOHN E. GIERUM
                                   Trustee

JOHN E. GIERUM
SUITE 1015
9700 WEST HIGGINS ROAD
ROSEMONT, IL 60018
(847) 318-9130

UST Form 101-7-NFR (9/1/2009)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: BAIK, SEUNG HAN | § Case No. 06-15447 |
| | § |
| | § |
| Debtor(s) | § |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 6,425.54 |
| *and approved disbursements of* | $ 109.85 |
| *leaving a balance on hand of* [1] | $ 6,315.69 |

Claims of secured creditors will be paid as follows:

*Claimant*                                              *Proposed Payment*
                          N/A

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | | *Fees* | *Expenses* |
|---|---|---|---|
| Trustee | JOHN E. GIERUM | $ 1,392.55 | $ |
| Attorney for trustee | | $ | $ |
| Appraiser | | $ | $ |
| Auctioneer | | $ | $ |
| Accountant | Lois West, Popowcer Katten, Ltd. | $ 666.50 | $ |
| Special Attorney for trustee | | $ | $ |
| Charges, | U.S. Bankruptcy Court | $ | $ |
| Fees, | United States Trustee | $ | $ |
| Other | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

*Reason/Applicant*            *Fees*            *Expenses*

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (9/1/2009)**

| | | | |
|---|---|---|---|
| *Attorney for debtor* | _____ | $_____ | $_____ |
| *Attorney for* | _____ | $_____ | $_____ |
| *Accountant for* | _____ | $_____ | $_____ |
| *Appraiser for* | _____ | $_____ | $_____ |
| *Other* | _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

*Claim Number*   *Claimant*                              *Allowed Amt. of Claim*   *Proposed Payment*
                                        N/A

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 444,583.96 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 1.0 percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 1 -2 | Charter One Bank/Citizens | $ 84,300.20 | $ 807.13 |
| 2 | Capital Recovery II | $ 3,000.00 | $ 28.72 |
| 3 | Capital Recovery One | $ 2,696.08 | $ 25.81 |
| 4 | Rbs Nb | $ 3,141.19 | $ 30.08 |
| 5 -3 | CHASE BANK USA, NA | $ 5,651.59 | $ 54.11 |
| 6 | Matanky Realty Group, Inc. | $ 40,712.50 | $ 389.80 |
| 7 | Center Bank | $ 291,340.68 | $ 2,789.42 |
| 8 | JB Telephone Co | $ 525.00 | $ 5.03 |
| 9 | Advanta Bank Corp | $ 13,216.72 | $ 126.54 |

**UST Form 101-7-NFR (9/1/2009)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

*Claim Number    Claimant                          Allowed Amt. of Claim    Proposed Payment*
                                   N/A

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

*Claim Number    Claimant                          Allowed Amt. of Claim    Proposed Payment*
                                   N/A

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.

Prepared By: /s/JOHN E. GIERUM
                                                Trustee

JOHN E. GIERUM
SUITE 1015
9700 WEST HIGGINS ROAD
ROSEMONT, IL  60018
(847) 318-9130

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (9/1/2009)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: rgreen                Page 1 of 2                   Date Rcvd: Aug 10, 2010
Case: 06-15447                 Form ID: pdf006             Total Noticed: 45

The following entities were noticed by first class mail on Aug 12, 2010.
db           +Seung Han Baik,    2086 St. John #408,   Highland Park, IL 60035-2465
aty          +Paul M Bach,   Law Offices of Paul M Bach,    P.O. Box 1285,   Northbrook, IL 60065-1285
tr           +John E Gierum,   John E Gierum,    Gierum & Mantas,   9700 Higgins Road,   Suite 1015,
               Rosemont, IL 60018-4712
11275439    ++ADVANTA,   700 DRESHER RD,   HORSHAM PA 19044-2206
              (address filed with court: Advanta Bank Corp,    c/o Becket and Lee LLP,   POB 3001,
               Malvern PA 19355-0701)
11032418     +AT & T,   P.O. Box 183037,   Columbus, OH 43218-3037
11032416    +++Advanta Bank Corp,   P.O. Box 3001,   Malvern, PA 19355-0701
11032417     +Allied Waste Service,   2608 South Daman,    Chicago, IL 60608-5209
14361691      CHASE BANK USA, NA,   PO BOX 15145,   WILMINGTON, DE 19850-5145
11032420     +Capital One,   P.O. Box 790217,   St. Louis, MO 63179
11032419      Capital One,   P.O. Box 60024,   City of Industry, CA 91716-0024
11032421     +Center Bank,   SBA Department,   253 N. Western Avenue,   Los Angeles, CA 90004-4107
11198117     +Center Bank,   c/o Tae Hee Lee,   253 N. Western Avenue,   Los Angeles, CA 90004-4107
11032423      Charter One,   P.O. Box 18204,   Bridgeport, CT 06601-3204
11032422      Charter One,   1215 Superior Avenue,   Cleveland, OH 44114-3299
11165414    +++Charter One Bank/Citizens,   C/O Donald Newman & Associates,   11 S. LaSalle St STe 1500,
               Chicago, IL 60603-1224
11032424      Chase,   P.O. Box 15153,   Wilmington , DE 19886-5153
11187228    +++Chase Bank USA, N.A.,   P O Box 15145,   Wilmington, DE 19850-5145
11032425      City Bank,   P.O. Box 790110,   St. Louis, MO 63179-0110
11032426      City Business,   P.O. Box 688901,   Des Moines, IA 50368-8901
11032427      City of Chicago,   P.O. Box 6330,   Chicago, IL 60680-6330
11032428    +++Commonwealth Edison,   Customer Care Ctr Bldg,    Attn Revenue Mgt Dept.,   2100 Swift Drive,
               Oakbrook, IL 60523-1559
11032429      Countrywide,   7105 Corporate Drive,   Plano, TX 75024-4100
11032430     +D & M Equipment Company Inc.,   4822 West Fullerton Ave,    Chicago, IL 60639-2504
11069151     +Empire,   940 West Chicago Avenue,   Chicago, Illinois 60642-5494
11032431     +First Equity Card,   P.O. Box 84075,   Columbus, GA 31908-4075
11069152      Fortune Fish Company,   Dept 5266,   P. O. Box 3090,    Milwaukee, WI 53201-3090
11055565     +Harris Bank Barrington,   3800 Golf Road,   Roling Meadowa, IL 60008-4005
11032433      Home Depot,   Processing Center,   Des Moines, IA 50364-0500
11032434     +JB Telephone Co,   7301 East Prarie Road,   Lincolnwood, Illinois 60712-1009
11069154     +Lex Meats,   557 Clavey Court,   Highland Park, IL 60035-4526
11032435     +Matanky Realty Group, Inc.,   200 North LaSalle Street,    Suite 2350,   Chicago, IL 60601-1044
11032436     +Michael's Repair Service,   4408 North Ottawa,   Norridge, IL 60706-4515
11069155      North Shore Sanitary District,   P. O. Box 2140,    Bedford Park, IL 60499-2140
11032437     +People's Energy,   130 East Randolph Drive,   Chicago, IL 60601-6302
11186297     +Rbs Nb,   P O Box 7054,   Bridgeport, Ct 06601-7054
11069156     +Rossi Distributors,   1269 W. Le Moyne Street,    2nd Floor,   Chicago, IL 60642-2438
11069159      Southern Wine & Spirits of Ill,   2971 Payshere Circle,   Chicago, IL 60674-2971
11069161     +Spanish Court II Condo Assoc,   C/O Braeside Condo Management,   660 LaSalle Place #2C,
               Highland Park, IL 60035-3575
The following entities were noticed by electronic transmission on Aug 10, 2010.
12649833     +E-mail/PDF: rmscedi@recoverycorp.com Aug 11 2010 00:59:33      Capital Recovery II,
               25 SE 2nd Avenue, Suite 1120,   Miami, FL 33131-1605
12457867     +E-mail/PDF: rmscedi@recoverycorp.com Aug 11 2010 00:59:34      Capital Recovery One,
               25 SE 2nd Avenue, Suite 1120,   Miami, FL 33131-1605
11168959      E-mail/PDF: gecsedi@recoverycorp.com Aug 11 2010 00:59:33      GE Consumer Finance,
               For GE Money Bank,   dba ABTTV,   PO Box 960061,   Orlando FL 32896-0661
11032432      E-mail/PDF: gecsedi@recoverycorp.com Aug 11 2010 00:59:32      GE Money Bank,   P.O. Box 960061,
               Orlando, FL 32896-0061
11069155      E-mail/Text: ucmail@northshoresanitary.org                     North Shore Sanitary District,
               P. O. Box 2140,   Bedford Park, IL 60499-2140
12457868      E-mail/PDF: rmscedi@recoverycorp.com Aug 11 2010 00:59:34      Recovery Management Systems Corporation,   25 S.E. 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
11169088     +E-mail/PDF: rmscedi@recoverycorp.com Aug 11 2010 00:59:34      Recovery Management Systems Corporation,   For GE Money Bank,   dba SAMS CLUB,
               25 SE 2nd Ave Ste 1120,   Miami FL 33131-1605
11032438      E-mail/PDF: gecsedi@recoverycorp.com Aug 11 2010 00:59:32      Sam's Club,   P.O. Box 981284,
               El Paso, TX 79998-1284
                                                                                              TOTAL: 8
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +John E Gierum,   John E Gierum,   Gierum & Mantas,   9700 Higgins Road,   Suite 1015,
               Rosemont, IL 60018-4712
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).

```
District/off: 0752-1          User: rgreen              Page 2 of 2              Date Rcvd: Aug 10, 2010
Case: 06-15447                Form ID: pdf006           Total Noticed: 45
```

```
            ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 12, 2010**            **Signature:**   /s/ Joseph Speetjens