UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: BAIK, SEUNG HAN                          § Case No. 06-15447
                                                §
                                                §
Debtor(s)                                       §
                                                §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JOHN E. GIERUM, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $225,070.00 *(without deducting any secured claims)* | Assets Exempt: $23,450.00 |
| Total Distribution to Claimants: $4,257.04 | Claims Discharged Without Payment: $440,326.92 |
| Total Expenses of Administration: $2,168.90 | |

3) Total gross receipts of $ 6,425.94 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $6,425.94 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from Exhibit 3) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from Exhibit 4) | 0.00 | 2,168.90 | 2,168.90 | 2,168.90 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (fromExhibit 5) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from Exhibit 6) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (fromExhibit 7) | 0.00 | 444,583.96 | 444,583.96 | 4,257.04 |
| **TOTAL DISBURSEMENTS** | $0.00 | $446,752.86 | $446,752.86 | $6,425.94 |

4) This case was originally filed under Chapter 7 on November 22, 2006. The case was pending for 50 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/17/2011          By: /s/JOHN E. GIERUM
                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 — GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Sudz Coin Laundry   (s) | 1129-000 | 5,202.39 |
| Insurance refund   (u) | 1129-000 | 1,169.00 |
| Interest Income | 1270-000 | 54.55 |
| **TOTAL GROSS RECEIPTS** | | **$6,425.94** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 — FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 — SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 — CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Lois West, Popowcer Katten, Ltd. | 3410-000 | N/A | 666.50 | 666.50 | 666.50 |
| JOHN E. GIERUM | 2200-000 | N/A | 21.85 | 21.85 | 21.85 |
| JOHN E. GIERUM | 2100-000 | N/A | 1,392.55 | 1,392.55 | 1,392.55 |
| Illinois Department of Revenue | 2820-000 | N/A | 88.00 | 88.00 | 88.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | N/A | 2,168.90 | 2,168.90 | 2,168.90 |

## EXHIBIT 5 — PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 — PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 — GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 -2 | Charter One Bank/Citizens | 7100-000 | N/A | 84,300.20 | 84,300.20 | 807.20 |
| 2 | Capital Recovery II | 7100-000 | N/A | 3,000.00 | 3,000.00 | 28.73 |
| 3 | Capital Recovery One | 7100-000 | N/A | 2,696.08 | 2,696.08 | 25.82 |
| 4 | Rbs Nb | 7100-000 | N/A | 3,141.19 | 3,141.19 | 30.08 |
| 5 -3 | CHASE BANK USA, NA | 7100-000 | N/A | 5,651.59 | 5,651.59 | 54.12 |
| 6 | Matanky Realty Group, Inc. | 7100-000 | N/A | 40,712.50 | 40,712.50 | 389.83 |
| 7 | Center Bank | 7100-000 | N/A | 291,340.68 | 291,340.68 | 2,789.68 |
| 8 | JB Telephone Co | 7100-000 | N/A | 525.00 | 525.00 | 5.03 |
| 9 | Advanta Bank Corp | 7100-000 | N/A | 13,216.72 | 13,216.72 | 126.55 |
| TOTAL GENERAL UNSECURED CLAIMS | | | 0.00 | 444,583.96 | 444,583.96 | 4,257.04 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

Case Number: 06-15447
Case Name: BAIK, SEUNG HAN

Period Ending: 01/17/11

Trustee: (520171) JOHN E. GIERUM
Filed (f) or Converted (c): 11/22/06 (f)
§341(a) Meeting Date: 12/21/06
Claims Bar Date: 05/10/07

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Real estate (s) | 175,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | Books etc. (s) | 300.00 | 0.00 | DA | 0.00 | FA |
| 3 | Cash (s) | 20.00 | 0.00 | DA | 0.00 | FA |
| 4 | Bank account (s) | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 5 | Security deposits (s) | 0.00 | 0.00 | DA | 0.00 | FA |
| 6 | Household goods (s) | 750.00 | 0.00 | DA | 0.00 | FA |
| 7 | Wearing apparel (s) | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 8 | Life Insurance (s) | 0.00 | 0.00 | DA | 0.00 | FA |
| 9 | Maru Restaurant stock (s) | 35,000.00 | 0.00 | DA | 0.00 | FA |
| 10 | Sudz Coin Laundry (s) | 0.00 | 5,202.39 | | 5,202.39 | FA |
| 11 | '04 Honda (s) | 12,000.00 | 0.00 | DA | 0.00 | FA |
| 12 | Insurance refund (u) | 0.00 | 1,169.00 | | 1,169.00 | 0.00 |
| Int | INTEREST (u) | Unknown | N/A | | 54.55 | Unknown |
| 13 | Assets Totals (Excluding unknown values) | $225,070.00 | $6,371.39 | | $6,425.94 | $0.00 |

Major Activities Affecting Case Closing:

tax work next

Initial Projected Date Of Final Report (TFR): June 30, 2008    Current Projected Date Of Final Report (TFR): December 31, 2010

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 06-15447 |
|---|---|
| Case Name: | BAIK, SEUNG HAN |
| Taxpayer ID #: | **-***2834 |
| Period Ending: | 01/17/11 |

| Trustee: | JOHN E. GIERUM (520171) |
|---|---|
| Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Account: | ***-*****27-65 - Money Market Account |
| Blanket Bond: | $69,308,000.00 (per case limit) |
| Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/02/07 | {12} | Citibank | RECEIVABLE | 1129-000 | 1,169.00 | | 1,169.00 |
| 02/02/07 | {10} | Seung Han Baik | Business Operation Proceeds | 1129-000 | 4,267.53 | | 5,436.53 |
| 02/02/07 | {10} | Seung Baik | Business Operations Proceeds | 1129-000 | 934.86 | | 6,371.39 |
| 02/16/07 | | To Account #********2766 | Bond Reimbursement | 9999-000 | | 5.80 | 6,365.59 |
| 02/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 2.49 | | 6,368.08 |
| 03/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 3.40 | | 6,371.48 |
| 04/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 3.51 | | 6,374.99 |
| 05/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 3.51 | | 6,378.50 |
| 06/29/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 3.29 | | 6,381.79 |
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 3.63 | | 6,385.42 |
| 08/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 3.52 | | 6,388.94 |
| 09/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 3.18 | | 6,392.12 |
| 10/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 3.75 | | 6,395.87 |
| 11/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 3.32 | | 6,399.19 |
| 12/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 3.25 | | 6,402.44 |
| 01/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3000% | 1270-000 | 2.92 | | 6,405.36 |
| 02/05/08 | | To Account #********2766 | BOND REIMBURSEMENT | 9999-000 | | 5.50 | 6,399.86 |
| 02/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2500% | 1270-000 | 1.31 | | 6,401.17 |
| 03/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 1.18 | | 6,402.35 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 0.89 | | 6,403.24 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.80 | | 6,404.04 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.81 | | 6,404.85 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.81 | | 6,405.66 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.76 | | 6,406.42 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.84 | | 6,407.26 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 0.69 | | 6,407.95 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | 0.50 | | 6,408.45 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.45 | | 6,408.90 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.26 | | 6,409.16 |
| 02/19/09 | | To Account #********2766 | BOND REIMBURSEMENT | 9999-000 | | 5.57 | 6,403.59 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.24 | | 6,403.83 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.27 | | 6,404.10 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.26 | | 6,404.36 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.25 | | 6,404.61 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.27 | | 6,404.88 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.27 | | 6,405.15 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.27 | | 6,405.42 |

Subtotals : $6,422.29 $16.87

{} Asset reference(s)

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 2

Case Number: 06-15447
Case Name: BAIK, SEUNG HAN

Taxpayer ID #: **-***2834
Period Ending: 01/17/11

Trustee: JOHN E. GIERUM (520171)
Bank Name: JPMORGAN CHASE BANK, N.A.
Account: ***-*****27-65 - Money Market Account
Blanket Bond: $69,308,000.00 (per case limit)
Separate Bond: N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.26 | | 6,405.68 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.26 | | 6,405.94 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.27 | | 6,406.21 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.27 | | 6,406.48 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.25 | | 6,406.73 |
| 02/12/10 | | To Account #********2766 | TRANSFER OF FUNDS | 9999-000 | | 4.98 | 6,401.75 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.24 | | 6,401.99 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.28 | | 6,402.27 |
| 04/20/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.16 | | 6,402.43 |
| 04/20/10 | | Wire out to BNYM account 9200******2765 | Wire out to BNYM account 9200******2765 | 9999-000 | -6,402.43 | | 0.00 |
| | | | ACCOUNT TOTALS | | 21.85 | 21.85 | $0.00 |
| | | | Less: Bank Transfers | | -6,402.43 | 21.85 | |
| | | | Subtotal | | 6,424.28 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $6,424.28 | $0.00 | |

{} Asset reference(s)

Printed: 01/17/2011 10:28 AM    V.12.56

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| Case Number: | 06-15447 | | Trustee: | JOHN E. GIERUM (520171) |
|---|---|---|---|---|
| Case Name: | BAIK, SEUNG HAN | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | \*\*\*-\*\*\*\*\*27-66 - Checking Account |
| Taxpayer ID #: | \*\*-\*\*\*2834 | | Blanket Bond: | $69,308,000.00 (per case limit) |
| Period Ending: | 01/17/11 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/16/07 | | From Account #\*\*\*\*\*\*\*\*2765 | Bond Reimbursement | 9999-000 | 5.80 | | 5.80 |
| 02/16/07 | 101 | John E. Gierum | Bond Premium Payment on Ledger Balance as of 02/01/07 for Case #06-15447 | 2200-000 | | 5.80 | 0.00 |
| 02/05/08 | | From Account #\*\*\*\*\*\*\*\*2765 | BOND REIMBURSEMENT | 9999-000 | 5.50 | | 5.50 |
| 02/05/08 | 102 | John E. Gierum | Bond Premium Payment on Ledger Balance as of 02/01/2008 for Case #06-15447, Bond Reimbursement (Bond #016026455) | 2200-000 | | 5.50 | 0.00 |
| 02/19/09 | | From Account #\*\*\*\*\*\*\*\*2765 | BOND REIMBURSEMENT | 9999-000 | 5.57 | | 5.57 |
| 02/19/09 | 103 | JOHN E. GIERUM | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/01/2009 FOR CASE #06-15447, Reimbursement for Ch. 7 Blanket Bond | 2200-000 | | 5.57 | 0.00 |
| 02/12/10 | | From Account #\*\*\*\*\*\*\*\*2765 | TRANSFER OF FUNDS | 9999-000 | 4.98 | | 4.98 |
| 02/12/10 | 104 | John E. Gierum | Reimbursement for Ch. 7 Blanket Bond on ledger balance as of 2/1/10 for Case No. 06-15447 | 2200-000 | | 4.98 | 0.00 |
| | | | ACCOUNT TOTALS | | 21.85 | 21.85 | $0.00 |
| | | | Less: Bank Transfers | | 21.85 | 0.00 | |
| | | | Subtotal | | 0.00 | 21.85 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $21.85 | |

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

**Case Number:** 06-15447
**Case Name:** BAIK, SEUNG HAN

**Taxpayer ID #:** **-***2834
**Period Ending:** 01/17/11

**Trustee:** JOHN E. GIERUM (520171)
**Bank Name:** The Bank of New York Mellon
**Account:** 9200-******27-65 - Money Market Account
**Blanket Bond:** $69,308,000.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/20/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********2765 | Wire in from JPMorgan Chase Bank, N.A. account ********2765 | 9999-000 | 6,402.43 | | 6,402.43 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.13 | | 6,402.56 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.38 | | 6,402.94 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.37 | | 6,403.31 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.38 | | 6,403.69 |
| 08/02/10 | | To Account #9200******2766 | TRANSFER OF FUNDS | 9999-000 | | 88.00 | 6,315.69 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.37 | | 6,316.06 |
| 09/20/10 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.03 | | 6,316.09 |
| 09/20/10 | | To Account #9200******2766 | TRANSFER FUNDS FROM MMA TO CHECKING FOR FINAL DISTRIBUTION | 9999-000 | | 6,316.09 | 0.00 |

|  |  |  |  |
|---|---:|---:|---:|
| **ACCOUNT TOTALS** | 6,404.09 | 6,404.09 | $0.00 |
| Less: Bank Transfers | 6,402.43 | 6,404.09 | |
| **Subtotal** | 1.66 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$1.66** | **$0.00** | |

{} Asset reference(s)

Printed: 01/17/2011 10:28 AM   V.12.56

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 5

**Case Number:** 06-15447
**Case Name:** BAIK, SEUNG HAN

**Taxpayer ID #:** **-***2834
**Period Ending:** 01/17/11

**Trustee:** JOHN E. GIERUM (520171)
**Bank Name:** The Bank of New York Mellon
**Account:** 9200-******27-66 - Checking Account
**Blanket Bond:** $69,308,000.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 08/02/10 | | From Account #9200******2765 | TRANSFER OF FUNDS | 9999-000 | 88.00 | | 88.00 |
| 08/02/10 | 10105 | Illinois Department of Revenue | 2007 IL-1041-V | 2820-000 | | 88.00 | 0.00 |
| 09/20/10 | | From Account #9200******2765 | TRANSFER FUNDS FROM MMA TO CHECKING FOR FINAL DISTRIBUTION | 9999-000 | 6,316.09 | | 6,316.09 |
| 09/22/10 | 10106 | Lois West, Popowcer Katten, Ltd. | First and Final Distribution | 3410-000 | | 666.50 | 5,649.59 |
| 09/22/10 | 10107 | JOHN E. GIERUM | First and Final Distribution | 2100-000 | | 1,392.55 | 4,257.04 |
| 09/22/10 | 10108 | Charter One Bank/Citizens | First and Final Distribution | 7100-000 | | 807.20 | 3,449.84 |
| 09/22/10 | 10109 | Capital Recovery II | First and Final Distribution | 7100-000 | | 28.73 | 3,421.11 |
| 09/22/10 | 10110 | Capital Recovery One | First and Final Distribution | 7100-000 | | 25.82 | 3,395.29 |
| 09/22/10 | 10111 | Rbs Nb | First and Final Distribution | 7100-000 | | 30.08 | 3,365.21 |
| 09/22/10 | 10112 | CHASE BANK USA, NA | First and Final Distribution | 7100-000 | | 54.12 | 3,311.09 |
| 09/22/10 | 10113 | Matanky Realty Group, Inc. | First and Final Distribution | 7100-000 | | 389.83 | 2,921.26 |
| 09/22/10 | 10114 | Center Bank | First and Final Distribution | 7100-000 | | 2,789.68 | 131.58 |
| 09/22/10 | 10115 | JB Telephone Co | First and Final Distribution | 7100-000 | | 5.03 | 126.55 |
| 09/22/10 | 10116 | Advanta Bank Corp | First and Final Distribution | 7100-000 | | 126.55 | 0.00 |

|  |  | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | | 6,404.09 | 6,404.09 | $0.00 |
| Less: Bank Transfers | | 6,404.09 | 0.00 | |
| **Subtotal** | | 0.00 | 6,404.09 | |
| Less: Payments to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | **$0.00** | **$6,404.09** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****27-65 | 6,424.28 | 0.00 | 0.00 |
| Checking # ***-*****27-66 | 0.00 | 21.85 | 0.00 |
| MMA # 9200-******27-65 | 1.66 | 0.00 | 0.00 |
| Checking # 9200-******27-66 | 0.00 | 6,404.09 | 0.00 |
| | **$6,425.94** | **$6,425.94** | **$0.00** |

{} Asset reference(s)

Check Number: 10115     Pay Date: 10/12/2010     Amount: $5.03

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER WITH THE LOGO FADING IN THE BACKGROUND

**THE BANK OF NEW YORK MELLON**
500 Ross Street, Suite 154-0510, Pittsburgh, PA 15262

VOID AFTER 90 DAYS     10115
60-249/433

TID #520171

| Case | Debtor |
|---|---|
| 06-15447 ABG | BAIK, SEUNG HAN |
| 92000738532766 | |
| First and Final Distribution | |

JOHN E. GIERUM
SUITE 1015
9700 WEST HIGGINS ROAD
ROSEMONT IL 60018

Date   09/22/2010     $ ***********5.03

---Five Dollars and 03/100

Pay to the
Order of    JB Telephone Co
            7301 East Prarie Road
            Lincolnwood IL 60712

/s/ John E Gierum
JOHN E. GIERUM, Trustee

340641899 100710 0013551620 03

⑈000010115⑈ ⑆043302493⑆ 92000738532766⑈  /00000000503/

BRICKYARD BANK
LINCOLNWOOD, IL 60712   >071002422<
340641899 100710 0013551620 03

BANK OF AMERICA-NA CHI
11999025  E3284 94 005
10/08/10
8720140510

CREDIT TO THE ACCOUNT OF
THE WITHIN NAMED PAYEE
BRICKYARD BANK
LINCOLNWOOD, ILLINOIS
921002422

X  JB Telephone Co

**Check Number: 10106**    **Pay Date: 10/04/2010  Amount: $666.50**



**Check Number: 10112**    **Pay Date: 10/01/2010  Amount: $54.12**

Check Number: 10113    Pay Date: 11/01/2010    Amount: $389.83

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER WITH THE LOGO FADING IN THE BACKGROUND

THE BANK OF NEW YORK MELLON
500 Ross Street, Suite 154-0610, Pittsburgh, PA 15262

VOID AFTER 90 DAYS                    10113
                                      60-249/433

| Case | Debtor |
|---|---|
| 06-15447 ABG | BAIK, SEUNG HAN |
| 92000738532766 | |
| First and Final Distribution | |

VID #520171
JOHN E. GIERUM
SUITE 1015
9200 WEST HIGGINS ROAD
ROSEMONT IL 60018

Date  09/22/2010    $ *********389.83

---Three Hundred Eighty-Nine Dollars and 83/100

Pay to the
Order of  Matanky Realty Group, Inc.
          200 North LaSalle Street
          Suite 2350
          Chicago IL 60601

                                    JOHN E. GIERUM, Trustee

⑈000 10113⑈ ⑆043302493⑆ 92000738532766⑈

Pay to the order of Bank One NA
Chicago, IL 60670-0002
07/4/20/2010
For Deposit Only
Chicago & Kedzie LLC
Matanky Realty Group
1113001095

Check Number: 10108    Pay Date: 12/24/2010    Amount: $807.20

| | |
|---|---|
| THE BANK OF NEW YORK MELLON<br>500 Ross Street, Suite 154-0910, Pittsburgh, PA 15262 | VOID AFTER 90 DAYS    10108<br>60-249/433 |
| Case    Debtor<br>06-15447 ABG    BAIK, SEUNG HAN<br>92000738532766<br>First and Final Distribution | TID #520171<br>JOHN E. GIERUM<br>SUITE 1015<br>9700 WEST HIGGINS ROAD<br>ROSEMONT IL 60018 |
| | Date    09/22/2010    $ *********807.20 |

---Eight Hundred Seven Dollars and 20/100

Pay to the
Order of  Charter One Bank/Citizens
C/O Donald Newman & Associates
11 S. LaSalle St STe 1500
Chicago IL 60603

JOHN E. GIERUM, Trustee

⌐000101108⌐  ⌐043302493⌐:9200073853276 6⌐

BOS CITIZENS NA 12232010
DRAW BI 1719/91/135/009
▶011500120◀
1400004105

CHARTER ONE BANK
FOR DEPOSIT ONLY
DEC 2 3 2010
BR 0060

Check Number: 10107  Pay Date: 09/24/2010  Amount: $1,392.55





Check Number: 10109  Pay Date: 09/29/2010  Amount: $28.73



**Check Number: 10110    Pay Date: 09/29/2010  Amount: $25.82**

THE BANK OF NEW YORK MELLON
500 Ross Street, Suite 154-0510, Pittsburgh, PA 15262
VOID AFTER 90 DAYS    10110
60-249/433
TID #520171

Case: 06-15447 ABG    Debtor: BAIK, SEUNG HAN
92000738532766
First and Final Distribution

JOHN E. GIERUM
SUITE 1015
9700 WEST HIGGINS ROAD
ROSEMONT IL 60018

Date 09/22/2010    $ **********25.82

---Twenty-Five Dollars and 82/100

Pay to the Order of: Capital Recovery One
25 SE 2nd Avenue, Suite 1120
Miami FL 33131

JOHN E. GIERUM, Trustee

⑆000010110⑆ ⑈043302493⑈ 92000738532766⑆



**Check Number: 10111    Pay Date: 09/30/2010  Amount: $30.08**

THE BANK OF NEW YORK MELLON
500 Ross Street, Suite 154-0510, Pittsburgh, PA 15262
VOID AFTER 90 DAYS    10111
60-249/433
TID #520171

Case: 06-15447 ABG    Debtor: BAIK, SEUNG HAN
92000738532766
First and Final Distribution

JOHN E. GIERUM
SUITE 1015
9700 WEST HIGGINS ROAD
ROSEMONT IL 60018

Date 09/22/2010    $ **********30.08

---Thirty Dollars and 08/100

Pay to the Order of: Rbs Nb
P O Box 7054
Bridgeport CT 06601

5240-3800-0010-8901

JOHN E. GIERUM, Trustee

⑆000010111⑆ ⑈043302493⑈ 92000738532766⑆

RBS CITIZENS NA 092920:0
[PREV R] 1964/91/135.009
▶011500120◀
1300042952

Check Number: 10114    Pay Date: 09/30/2010    Amount: $2,789.68

THE BANK OF NEW YORK MELLON                    VOID AFTER 90 DAYS.                10114
500 Ross Street, Suite 154-0510, Pittsburgh, PA 15262                              60-249/433

Case: 06-15447 ABG    Debtor: BAIK, SEUNG HAN
92000738532766
First and Final Distribution

TID #520171
JOHN E. GIERUM
SUITE 1015
9700 WEST HIGGINS ROAD
ROSEMONT IL 60018

Date 09/22/2010    $ ********2,789.68

---Two Thousand Seven Hundred Eighty-Nine Dollars and 68/100

Pay to the Order of:
Center Bank
c/o Tae Hee Lee
253 N. Western Avenue
Los Angeles CA 90004

JOHN E. GIERUM, Trustee

⑊000010114⑊ ⑉043302493⑉ 92000738532766⑊

092918  4201 008203383>122041235< CenterBk

CENTER BANK/SAD
3435 WILSHIRE BLVD.
SUITE 700
LOS ANGELES, CA 90010

Check Number: 10116    Pay Date: 09/29/2010    Amount: $126.55

THE BANK OF NEW YORK MELLON                    VOID AFTER 90 DAYS                10116
500 Ross Street, Suite 154-0510, Pittsburgh, PA 15262                              60-249/433

Case: 06-15447 ABG    Debtor: BAIK, SEUNG HAN
92000738532766
First and Final Distribution

TID #520171
JOHN E. GIERUM
SUITE 1015
9700 WEST HIGGINS ROAD
ROSEMONT IL 60018

Date 09/22/2010    $ *********126.55

---One Hundred Twenty-Six Dollars and 55/100

Pay to the Order of:
Advanta Bank Corp
c/o Becket and Lee LLP
POB 3001
Malvern PA 19355-0701

AD7

JOHN E. GIERUM, Trustee

⑊000010116⑊ ⑉043302493⑉ 92000738532766⑊

MTL 0519766291    >211274450<
R118 B21 P9       TD BANK NA
09/28/2010        CHERRY HILL, NJ

FOR DEPOSIT ONLY
BECKET & LEE LLP
ALL RIGHTS RESERVED
ATTORNEYS FOR PAYEE
TRUST ACCOUNT
19407647121